```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

T.T.T.,                              *

    Petitioner,               *

vs.                                  *
                                                        CASE NO. 4:24-CV-111 (CDL)
WARDEN, STEWART DETENTION         *
CENTER,
                               *

    Respondent.
                               *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on November 8, 2024. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 13th day of December, 2024.

                                                     s/Clay D. Land
                                                     CLAY D. LAND
                                                     U.S. DISTRICT COURT JUDGE
                                                     MIDDLE DISTRICT OF GEORGIA